IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADRIAN NEGRETE-HERNANDEZ,<br>JANET MARTINEZ,<br>JUAN DELGADO-MONTENEGRO,<br>"GUERITA,"<br>ISMAEL CASAS,<br>MICHAEL RAMOS,<br>OLEGARIO TRUJILLO,<br>LUIS CORTEZ-MENDOZA,<br>ALEJANDRO MEJIA, and<br>PEDRO DELGADO-MONTENEGRO<br>Defendants. | ) | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br>ORDER TO UNSEAL ARREST WARRANTS AND CRIMINAL COMPLAINTS<br><br>**Under Seal** |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

Warrants in the above-entitled proceedings shall be unsealed.

DATED: December 10, 2008

THERESA A. GOLDNER
U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIAN NEGRETE-HERNANDEZ,
JANET MARTINEZ,
JUAN DELGADO-MONTENEGRO,
"GUERITA,"
ISMAEL CASAS,
MICHAEL RAMOS,
OLEGARIO TRUJILLO,
LUIS CORTEZ-MENDOZA,
ALEJANDRO MEJIA, and
PEDRO DELGADO-MONTENEGRO,

Defendants.

5:08-mj-000034 TAG
5:08-mj-000039 TAG
5:08-mj-000041 TAG
5:08-mj-000042 TAG
5:08-mj-000035 TAG
5:08-mj-000036 TAG
5:08-mj-000038 TAG
5:08-mj-000037 TAG
5:08-mj-000040 TAG
5:08-mj-000032 TAG

APPLICATION TO UNSEAL CRIMINAL COMPLAINTS AND ARREST WARRANTS

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney