```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
AGUEDA PEREZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case No. 08-0435 AWI |
| vs. | |
| | STIPULATION AND |
| AGUEDA PEREZ | ORDER |
| Defendant. | |

    Defendant AGUEDA PEREZ by and through her attorney James R. Homola, and the united States of America, by and through its attorney, KAREN ESCOBAR, Assistant U.S. Attorney, hereby stipulate to the following joint request:

    That the sentencing in this case, scheduled for March 1, 2010 be advanced to February 8, 2010 at 11:00 am.  The Probation Officer has consented to the requested scheduling change.

**James R. Homola**
Attorney at Law
2950 Mariposa St
   Suite 250
Fresno, CA 93721
(559) 441-7111

DATED: February 4, 2010

    /s/ James R. Homola          /S/ Karen A. Escobar
JAMES R. HOMOLA              KAREN A. ESCOBAR
Attorney for Defendant     Assistant U.S. Attorney
AGUEDA PEREZ

**ORDER**

IT IS SO ORDERED.

**Dated:   February 5, 2010**              */s/ Anthony W. Ishii*
                                         CHIEF UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111